CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 9 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No. 5:07cr00045-1** |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **RICHIE HANSFORD CONNER** | ) | **By: Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with this court's memorandum opinion entered on this date, it is **ORDERED** and **ADJUDGED** that Conner's motion (Docket No. 297) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is directed to **FILE** the motion as such; the § 2255 motion shall be and hereby is **DISMISSED** **without prejudice** as successive; and the case is hereby **STRICKEN** from the active docket.

Further, finding that Conner has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER:** This 19th day of April, 2012.

_____
United States District Judge